| | |
|---|---|
| MARCEL MIAUN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:14-CV-222-TAV-HBG |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on April 21, 2015 [Doc. 18]. In the R&R, Magistrate Judge Guyton recommended that plaintiff's Motion for Summary Judgment [Doc. 12] be granted, that defendant's Motion for Summary Judgment [Doc. 16] be denied, and that this matter be remanded to the Commissioner of Social Security for further proceedings. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, plaintiff's Motion for Summary Judgment [Doc. 12] is **GRANTED**,

defendant's Motion for Summary Judgment [Doc. 16] is **DENIED**, and the case is hereby **REMANDED** to the Commissioner for further proceedings consistent with the R&R.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT